# EXHIBIT A

# OFFICE OF THE QUEENS COUNTY DISTRICT ATTORNEY

125-01 Queens Boulevard
Kew Gardens, Queens, NY
11415
www.queensda.org
(718) 286-6000

Melinda Katz
District Attorney

## DISTRICT ATTORNEY'S PROPERTY RELEASE

ARREST NUMBER: Q24642665 DEFENDANT NAME: BAYLEY,GARTH

The Office of the District Attorney, County of Queens, hereby states that the following property is no longer needed as evidence:

| Property Voucher Number | Item Number | Description |
|---|---|---|
| 4001147215 | 1 | BLACK 2018 INFINITI |

**The District Attorney's Release is not to be construed as a statement by the District Attorney as to the possessory rights to the property of any person, including the claimant.**

***NOT VALID WITHOUT QDA STAMP***

| | |
|---|---|
| Signature | [signature] |
| Name | GEORGE DELUCA-FARRUGIA |
| Phone Number | 718-286-6260 |
| Date | 11/21/2024 |

***Any questions about this Deferment should be directed to the Property Release Unit at (718) 286-6826 or by email to qdapropertyreleaseunit@queensda.org.***