# CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth
Philip A. Salmon

COUNSEL

George B. McPhillips
1930-1994

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-25

June 16, 2025

*Via ECF*
Honorable Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Bayley v. City of New York, et al.
      Docket # 25-cv-00943 (LAK)

Dear Judge Kaplan:

My Firm represents the plaintiff in the above-referenced matter. I respectfully submit this letter as a request for a one-week extension of time to disclose our expert witnesses.

Our initial disclosure of expert witnesses is due today 6/16/2025. I have called and emailed opposing counsel today asking for consent to an extension, but I have been unable get in touch, due to no fault of defense counsel as it is short notice. The expert my firm has previously used has retired, necessitating a longer process than anticipated in securing a new expert witness. This is the plaintiffs first request for an extension in this matter.

I thank the court for its consideration of this request.

Respectfully submitted,

/s/ *Philip A. Salmon*
Philip A. Salmon

cc:   All parties via ECF

Granted
SO ORDERED

*[signature]*
LEWIS A. KAPLAN, USDJ
6/16/25