

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JONATHAN HUTCHINSON
*Senior Counsel*
jhutchin@law.nyc.gov
Phone: (212) 356-2410

August 14, 2025

**By ECF**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/15/25

Re:   Garth Bayley v. City of New York, et al.,
      25 Civ. 0943 (LAK)

Your Honor:

    I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York ("City") and New York City Police Department ("NYPD") (collectively, "defendants") in the above-referenced matter. Defendants write to respectfully request a thirty (30) day extension of the deadline to file a joint pretrial order in this matter, from August 25, 2025 to September 24, 2025. This is defendants' first such request. Plaintiff's counsel, Philip A. Salmon, Esq., consents to this request.

    On August 1, 2025, Your Honor granted defendants' request to extend the deadline to complete discovery in this matter, from August 4, 2025 to September 3, 2025. The instant request is for a corresponding extension of time for the parties submit a joint pretrial order to the Court. Accordingly, defendants respectfully request a thirty (30) day extension of the deadline to file a joint pretrial order in this matter, from August 25, 2025 to September 24, 2025.

    Thank you for your time and consideration.

Respectfully submitted,

/s/ *Jonathan Hutchinson*
Jonathan Hutchinson
*Senior Counsel*

GRANTED.

SO ORDERED.
_____
LEWIS A. KAPLAN, USDJ
Dated: 8/15/2025