# CAMPANELLI & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-25

September 4, 2025

*Via ECF*
Honorable Lewis A. Kaplan
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Bayley v. City of New York, et al.
      Docket # 25-cv-00943 (LAK)

Dear Judge Kaplan:

My Firm represents the plaintiff in the above-referenced matter. Plaintiff writes to respectfully request a thirty (30) day extension of time to file a joint pretrial order in this matter, from September 24, 2025 until October 24, 2025. Defendants attorney, Jonathan Hutchinson of Corporation Counsel of the City of New York, consents to this request.

On August 26, 2025, Your Honor granted plaintiff's request to extend the deadline to complete discovery in this matter, from September 3, 2025 until October 3, 2025. The instant request is for a corresponding extension of time for the parties to submit a joint pretrial order to the Court. Accordingly, Plaintiff respectfully requests an extension of time to file a joint pretrial order from September 24, 2025 until October 24, 2025.

I thank the court for its consideration of this request.

Respectfully submitted,

/s/ *Philip A. Salmon*
Philip A. Salmon

cc:   All parties via ECF

SO ORDERED
Granted
LEWIS A. KAPLAN, USDJ
9/9/25