USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-21-26.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

Garth Bayley,

                Plaintiff,

    v.

The City of New York, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

25-cv-00943 (LAK)

## ORDER

The Court assigned mediator has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, February 23, 2006, if the settlement is not executed by then.

DATED: January 21, 2026

_____
Lewis A. Kaplan
United States District Judge